UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA ELLIS,<br>           Plaintiff,<br><br>     v.<br><br>JOHNSON & JOHNSON, et al.,<br>           Defendants. | Case No.   14-cv-05669-SI<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F of the Assignment Plan of this Court.

**IT IS SO ORDERED**.

Dated: February 17, 2015

_____
SUSAN ILLSTON
United States District Judge