UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEILA ELLIS,

          Plaintiff,

    v.

JOHNSON & JOHNSON, et al.,

          Defendants.

Case No.  14-cv-05669-VC

**ORDER RE MOTION TO WITHDRAW AND STIPULATION TO DISMISS**

In this and two other related cases, counsel for the plaintiff have filed a motion to withdraw.  In each motion, counsel assert that they have lost contact with the plaintiff. Subsequently, in each of these three cases, counsel for the plaintiff filed a stipulated request to dismiss the case without prejudice.  Each stipulated request repeats that counsel for the plaintiff have lost touch with their client.  And each stipulated request is worded identically.  These filings give rise to a number of questions that prevent this Court from approving the stipulated request for dismissal in this case (or the stipulated request for dismissal in the two related cases). Accordingly, the stipulated request is denied, and counsel for both sides should be prepared to explain, at the hearing on the motion to withdraw, what is going on here.

    **IT IS SO ORDERED.**

Dated: May 28, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California