1  John H. Gomez (SBN 171485)
   John P. Fiske (SBN 249256)
2  Stephanie S. Poli (SBN 286239)
   Gomez Trial Attorneys
3  655 W Broadway, Suite 1700
   San Diego, CA 92101
4  Telephone: (619) 237-3490
   Facsimile: (619) 237-3496
5  john@gomeztrialattorneys.com
   jfiske@gomeztrialattorneys.com
6  spoli@gomeztrialattorneys.com

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 SHEILA ELLIS, an individual;              **Case No.  3:14-cv-05669-VC**

12                Plaintiff,                  **JOINT STIPULATION AND [PROPOSED]**
                                             **ORDER FOR VOLUNTARY DISMISSAL**
13      vs.                                  **PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**
                                              AS MODIFIED
14 JOHNSON & JOHNSON; JOHNSON &              Complaint Filed:  December 30, 2014
   JOHNSON PHARMACEUTICAL
15 RESEARCH & DEVELOPMENT, L.L.C.;
   ORTHO-MCNEIL-JANSSEN
16 PHARMACEUTICALS, INC.;
   McKESSON CORPORATION
17
                Defendants.
18

19

20

21        Undersigned Plaintiff's counsel: (1) having failed to receive documentation necessary to

22 continue the prosecution of this action despite repeated and reasonable efforts to obtain such

23 documentation from Plaintiff; (2) having lost contact with Plaintiff despite reasonable and

24 substantial efforts; and (3) having informed Plaintiff by letter of the intent to cease representation

25 as her legal counsel;

26        IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sheila Ellis, by and through

27 her undersigned counsel, and Defendants Johnson & Johnson, Janssen Research & Development,

28 LLC (formerly known and incorrectly named as "Johnson & Johnson Pharmaceutical Research &

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1                                    3:14-CV-05669-VC
STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL

1   Development, L.L.C."), Janssen Pharmaceuticals, Inc. (formerly known and incorrectly named as
2   "Ortho-McNeil-Janssen Pharmaceuticals, Inc."), and McKesson Corporation, by and through
3   their undersigned counsel, that the above-captioned action  is voluntarily dismissed without
4   prejudice as to the Defendants without costs or fees to any party.   It is further stipulated and
5   agreed between the undersigned that if Plaintiff refiles this action in this Court (or a California
6   state court if plaintiff's change of residence to California destroys diversity jurisdiction in the
7   future) prior to January 1, 2019, the action will be deemed filed as of December 30, 2014 for
8   statute of limitations purposes.

9

Dated:   May 21, 2015                              **GOMEZ TRIAL ATTORNEYS**
10

11

By: _/s/ Stephanie S. Poli_____
12                                                  John Fiske
                                                    Stephanie S. Poli
13                                                  Attorneys for Plaintiff SHEILA ELLIS

14

15

Dated:  June 18, 2015                              **BARNES & THORNBURG LLP**
16

17

By:/s/ Sarah E. Johnston_____
18                                                  Alexander G. Calfo
                                                    Sarah E. Johnston
19                                                  Stacy L. Foster
                                                    Attorneys for Defendants
20                                                  JOHNSON & JOHNSON; JANSSEN
                                                    RESEARCH & DEVELOPMENT, LLC
21                                                  (sued herein as "Johnson & Johnson
                                                    Pharmaceutical Research & Development,
22                                                  L.L.C."); and JANSSEN
                                                    PHARMACEUTICALS, INC. (sued herein
23                                                  as "Ortho-McNeil-Janssen
                                                    Pharmaceuticals, Inc."); and McKESSON
24                                                  CORPORATION

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                                    3:14-CV-05669-SI

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(II)

1

**<u>Attestation Pursuant to Civil Local Rule 5.1(i)</u>**

2

      Pursuant to Civil Local Rule 5.1(i), I, Stephanie S. Poli, hereby attest that I have obtained

3

concurrence in the filing of this document from the other signatories to this document.

4

      I declare under penalty of perjury under the law of the United States of America that the

foregoing is true and correct. Executed on May 21, 2015 at Los Angeles, California.

5

6

                                 /s/ Stephanie S. Poli

7

                                 Stephanie S. Poli

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(II)

1

~~[PROPOSED]~~ **ORDER** AS MODIFIED

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Counsel for the plaintiff must transmit this order to the plaintiff through every available means, and must

6

file a declaration with the Court, within 5 days of the date of this order, documenting the ways in which

7

the order was transmitted to the plaintiff.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -                                           3:14-CV-05669-SI

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)

1   Dated:   ~~May ___, 2015~~
                    June 19, 2015

2

3                                                                                   ia

4                                                                                  dge

5

6

7

8

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(II)

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on June 18, 2015, I caused **STIPULATION AND [PROPOSED]**

3   **ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) and**

4   **DECLARATION OF STEPHANIE S. POLI IN SUPPORT OF PLAINTIFF'S MOTION**

5   **TO WITHDRAW AS COUNSEL OR IN THE ALTERNATIVE JOINT STIPULATION**

6   **TO DISMISS** to be electronically filed with the Clerk of the Court using the CM/ECF system

7   which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail

8   Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via

9   the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice

10   List.

11   I certify under penalty of perjury under the laws of the United States of America that the

12   foregoing is true and correct. Executed on June 18, 2015.

13

14   Dated:   June 18, 2015                                    Respectfully submitted,

15

16                                                             By: _/s/ Stephanie S. Poli
                                                               John Gomez, Esq.
17                                                             John P. Fiske, Esq.
                                                               Stephanie S. Poli, Esq.
18                                                             **GOMEZ TRIAL ATTORNEYS**

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -                                    3:14-CV-05669-SI

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(II)